USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
**Jeremy MILLUL**,

        Petitioner,

20 Civ. 3466 (ALC)

    - against -     **ORDER**

**William BARR**, in his official capacity as the Attorney General of the United States; and **Chad WOLF**, in his official capacity as Acting Secretary of Homeland Security,

        Respondents.
---------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    On May 12, 2020, this Court issued an Order to Show Cause in the above matter. Today, Respondents sent a letter to the Court requesting that the matter be transferred to the Middle District of Pennsylvania. Having considered Respondents' request, it is hereby ORDERED that the briefs to be filed before the May 20, 2020 conference be limited to the question of jurisdiction and/or venue. The Court gives leave to Petitioner to file supplemental briefing on these topics by Friday, May 15, 2020, with any reply from Respondents by May 18, 2020.

**SO ORDERED:**
    May 13, 2020
Dated: New York, New York

_____
Andrew L. Carter, Jr.
United States District Judge