UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
**Jeremy MILLUL**,

        Petitioner,

        - against -

**William BARR**, in his official capacity as the Attorney General of the United States; and **Chad WOLF**, in his official capacity as Acting Secretary of Homeland Security,

        Respondents.
---------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/20/2020

20 Civ. 3466 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On May 20, 2020, a hearing was held in the above matter on the issue of venue and jurisdiction. For the reasons stated on the record, the Court hereby **ORDERS** that this matter be transferred to the Middle District of Pennsylvania. Given the time sensitivity of Petitioner's claims, the Court waives the seven-day waiting period customarily afforded under Local Civil Rule 83.1 and directs the Clerk of Court to effectuate the transfer as soon as possible.

**SO ORDERED:**

Dated: New York, New York
      May 20, 2020

_____
Andrew L. Carter, Jr.
United States District Judge